UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR VANZUYLEN, | No. 1:20-cv-0057-DAD-JLT (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION |
| A. RIBERA, et al., | |
| Defendants. | (Doc. No. 10) |

Plaintiff Arthur Vanzuylen is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 5, 2020, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed due to plaintiff's failure to prosecute and failure to comply with a court order. (Doc. No. 10.) Specifically, the magistrate judge found that plaintiff did not submit a notice indicating whether he wished to proceed with his complaint as screened, whether he wished to file an amended complaint, or whether he wished to dismiss the action, after the court ordered him to do so within thirty (30) days. (*Id.*)

The findings and recommendations were served on plaintiff by mail at his address of record and contained notice that any objections thereto were to be filed within fourteen (14) days

1

from the date of service. (*Id.*) To date, no objections to the findings and recommendations have been filed with the court, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on October 5, 2020 (Doc. No. 10) are adopted in full;
2. This action is dismissed due to plaintiff's failure to prosecute and failure to obey court orders; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **December 10, 2020**

UNITED STATES DISTRICT JUDGE

2